IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 24-00278-01-CR-W-HFS |
| JOSHUA EUGENE BOYLES, | ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

On February 26, 2025, Defendant Joshua Eugene Boyles appeared before the Court pursuant to Fed. R. Crim. P. 11, Local Rule 72.1(b)(1)(j), and 28 U.S.C. § 636 and entered a plea of guilty to Count One of the indictment. Doc. 33. Count One of the indictment charges Defendant with being a felon in possession of a firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8). Docs. 15, 33. Defendant executed a consent of entry of a felony guilty plea before a magistrate judge. Doc. 32.

After cautioning and examining Defendant under oath concerning the requirements of Rule 11, it was determined that the guilty plea was knowledgeable and voluntary, and that the offense to which Defendant has pleaded guilty was supported by a factual basis for each of the essential elements. A record was made of the proceedings and a transcript has been requested.

IT IS THEREFORE RECOMMENDED that the plea of guilty be conditionally accepted and that the Court defer a decision on the Binding Plea Agreement until the Court has reviewed the presentence investigation report as contemplated by Fed. R. Crim. P. 11(c)(3).

Failure to file written objections to this Report and Recommendation within fourteen days from the date of its service shall bar an aggrieved party from attacking the Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1).

DATE: February 26, 2025        /s/ W. Brian Gaddy
                                                                          W. BRIAN GADDY
                                                                          UNITED STATES MAGISTRATE JUDGE